IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ORIN KRISTICH,

    Petitioner,

v.                                                       No. 22-cv-569-WJ-KRS

USA,

    Respondent.

## ORDER GRANTING MOTION FOR EXTENSION

**THIS MATTER** is before the Court on Petitioner Orin Kristich's Motion for Extension to Amend, filed February 17, 2023. (Doc. 15) (the "Motion"). In the Motion, Petitioner requests a thirty-day extension of the deadline to file an amended habeas petition. (Doc. 15, see Doc. 14). For the reasons stated in the Motion, the Court finds that good cause exists to grant the extension.

**IT IS THEREFORE ORDERED** that the Motion **(Doc. 15)** is **Granted**.

**IT IS FURTHER ORDERED** that within thirty days of the entry of this Order, Petitioner must file a single amended habeas petition as set forth in Doc. 14. Failure to timely file an amended petition may result in dismissal of this action without further notice.

_____
UNITED STATES MAGISTRATE JUDGE