IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ORIN KRISTICH,

   Petitioner,

v.                                           No. 22-cv-569-WJ-KRS
                                                No. 18-cr-2635-WJ-KRS-1

UNITED STATES OF AMERICA,

   Respondent.

## ORDER TO ANSWER

This matter is before the Court on Petitioner Orin Kristich's Amended Motion to Vacate Under 28 U.S.C. § 2255 (CV Doc. 17). Petitioner challenges his federal convictions based on, inter alia, ineffective assistance by counsel and due process deprivations. Having reviewed the allegations pursuant to Habeas Corpus Rule 4, the Court determines the Amended Petition must be resolved on a full record. The Court will order the United States to respond to the Amended Motion within 30 days of entry of this Order.

**IT IS ORDERED** that the Clerk's Office shall **FORWARD** to the United States Attorney's Office a copy of Petitioner's Amended Motion (**CV Doc. 17**), along with a copy of this Order;

**IT IS FURTHER ORDERED** that the United States must **FILE** a habeas answer within thirty (30) days of entry of this Order.

_____
UNITED STATES MAGISTRATE JUDGE