IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ORIN KRISTICH, | ) |
| | ) |
|     Petitioner, | )    Civil No.     22-569 WJ/KRS |
| | )    Criminal No.   18-2635 WJ/KRS |
| vs. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Respondent. | ) |

**ORDER EXTENDING UNITED STATES' RESPONSE DEADLINE**

THIS MATTER comes before the Court on United States' Motion to Extend Response Deadline, Cv. Doc. 27. The United States requests a 30-day extension for its response deadline as to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. Cv. Doc. 17. The Court, being fully advised in the premises, and noting that Petitioner is proceeding *pro se*, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the United States' July 19, 2023 deadline to file any responsive pleadings to Petitioner's § 2255 motion is extended by thirty (30) days, to August 19, 2023.

 

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

SARAH J. MEASE
Assistant United States Attorney