IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ORIN KRISTICH, | )<br>) |
| Petitioner, | )   Civil No.       22-569 WJ/KRS |
| | )   Criminal No.  18-2635 WJ/KRS |
| vs. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Respondent. | ) |

**ORDER EXTENDING UNITED STATES' RESPONSE DEADLINE**

THIS MATTER comes before the Court on United States' Motion to Extend Response Deadline. Cv. Doc. 31.  The United States requests a final two-week extension for its response deadline as to Petitioner's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.  Cv. Doc. 17.  The Court, being fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the United States' August 18, 2023 deadline to file any responsive pleadings to Petitioner's § 2255 motion is extended by two weeks to September 1, 2023.

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

SARAH J. MEASE
Assistant United States Attorney