IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ORIN KRISTICH,

    Petitioner,

v.                                      No. 22-cv-569-WJ-KRS
                                          No. 18-cr-2635-WJ-KRS-1

UNITED STATES OF AMERICA,

    Respondent.

## ORDER GRANTING MOTION FOR EXTENSION

THIS MATTER is before the Court on Petitioner Orin Kristich's Motion for Extension, in which he asks for an extension of sixty (60) days to file a reply brief in support of his Section 2255 Motion.   (Doc. 34).   Mr. Kristich states he needs additional time to do legal research. Having considered the Motion for Extension and record of the case, the Court GRANTS Petitioner's Motion for Extension.

IT IS THEREFORE ORDERED that Petitioner may file a reply brief in support of his Section 2255 Motion **by November 20, 2023**.

_____
UNITED STATES MAGISTRATE JUDGE